# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED

AUG 13 2020

Clerk U.S. District Court
Greensboro, NC
BY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20CR 327-1 |
| | : | |
| ARMANDO NAVA-JUAREZ, | : | |
| also known as Armando Nava | : | |

The United States Attorney charges:

On or about November 8, 2016, in the County of Davidson, in the Middle District of North Carolina, ARMANDO NAVA-JUAREZ, also known as Armando Nava, an alien, cast a vote in an election held for the purpose of electing a candidate for the office of President, Vice President, Member of the United States Senate, and Member of the United States House of Representatives; in violation of Title 18, United States Code, Section 611.

DATED: August 13, 2020

MATTHEW G.T. MARTIN
United States Attorney

STEPHEN T. INMAN
Assistant United States Attorney