UNITED STATES v. ARMANDO NAVA JUAREZ                1:20CR 327

JOINT STATUS REPORT

Pursuant to the applicable Scheduling Order, Counsel for the defendant and Counsel for the Government inform the Court as follows:

[ ]     A plea agreement has been signed and filed

[ ]     The parties have agreed on a plea agreement and a written plea agreement will be filed no later than _____.

[ ]     The defendant intends to plead guilty without a written plea agreement.

*If any of the above three boxes is checked, check at least one box below:*
[ ] the defendant consents to a video conference Rule 11 hearing.
[ ] the defendant consents to a teleconference Rule 11 hearing.
[ ] the defendant is or will be ready to proceed with a Rule 11 hearing as soon as an in-person hearing can be scheduled.

[ X ]   The matter is not ready for Rule 11 hearing or trial because:
[ ] there is a pending motion which must be resolved. The motion is on the docket at Doc. _____. The motion   [ ] does   [ ] does not require a hearing at which the defendant must be present.
[ ] There are outstanding discovery issues which must be resolved
[ X ] _____
Plea negotiations and execution are ongoing but are expected to be resolved shortly.
_____

[ ] The defendant does not intend to plead guilty and the case needs to be set for jury trial. [For trials, fill in the following]

    Scheduling limitations or issues, if any:
    _____

```
         Trial time estimate:  _____  days (from beginning jury
         selection to submission to the jury)

[ X ] The parties have discussed the requirements of the Speedy
      Trial Act and
      [  ]   The Government [  ]  has filed   [  ] intends to file
             a motion to exclude time from Speedy Trial Act
             calculations, to which the defendant
             [  ]   does not object          [  ] expects to object.

      [ X ] There are no Speedy Trial Act issues unless the expected
            Rule 11 hearing cannot be completed before  November 6  ,
            2020.
      [  ] _____

[  ] Other information relevant to scheduling: _____
     _____

[  ] If either party expects to file a motion to continue,

[  ] If the parties agree a continuance is appropriate, a motion
     to continue [   ] has been filed   [   ] will be filed
     which explains the reasons for the continuance **and** a
     scheduling or case management plan is provided
     [   ] in the motion    [   ] as an attachment to this report.

[  ] A contested motion to continue [  ]  has been  [  ] will be
     filed by   [   ]  The Government    [  ] The defendant


     This 1st day of  October  , 2020.


 /s/ Andrew Farris                   /s/ Matthew G.T. Martin
Name                                Name
Counsel for the Defendant           Counsel for the Government
```