# IN THE UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA    :
    :
    v.    :    1:20CR327-1
    :
ARMANDO NAVA-JUAREZ,    :
also known as Armando Nava    :

## JOINT STIPULATION

NOW COME the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and the defendant, Armando Nava-Juarez, also known as Armando Nava, in his own person and through his attorney, Andrew L. Farris, and state as follows:

1. As a condition of the plea agreement in this matter the defendant, Armando Nava-Juarez, also known as Armando Nava, committed to provide proof that he has removed his name or de-registered from the North Carolina voter rolls and surrender his voter registration card and other documentation of registration, if any, provided to him by the board of elections.

2.     The Government and the defendant, Armando Nava-Juarez, also known as Armando Nava, agree that the defendant has been removed from the North Carolina voter rolls.

3.     The defendant, Armando Nava-Juarez, also known as Armando Nava no longer possesses a voter registration card or any other documentation of registration.

4.     The Government and the defendant, Armando Nava-Juarez, also known as Armando Nava, accordingly, stipulate and agree that the defendant has fulfilled the conditions set forth in sub-paragraphs 5.a.i. and ii. of the plea agreement entered in this matter.

This the __2__ day of __Feburary__, 2021.

MATTHEW G.T. MARTIN
United States Attorney

Andrew L. Farris
Attorney for Defendant

MATTHEW G.T. MARTIN
United States Attorney
NCSB #32814
STEPHEN T. INMAN
Assistant United States Attorney
NCSB #26913
United States Attorney

ARMANDO NAVA-JUAREZ
Defendant

2

101 S. Edgeworth Street, 4th Floor
Greensboro, NC   27401
336/333-5351

3