PROB 12A
4/01

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Report of Offender Under Supervision

Name of Offender:   ARMANDO NAVA-JUAREZ                    Case Number: 1:20CR327-1

Name of Sentencing Judicial Officer:   The Honorable William L. Osteen, Jr.

Date of Original Sentence:          June 8, 2021

Original Offense:   Misdemeanor Voting by Alien in violation of 18 U.S.C. § 611.

Original Sentence:   Six (6) months' probation.

Type of Supervision: Probation                         Date Supervision Commenced: June 8, 2021
                                                       Date Supervision Expires: December 7, 2021

Assistant U.S. Attorney: Stephen Thomas Inman                 Defense Attorney: Andrew L. Farris

---

### REQUEST TO RETURN UNITED STATES PASSPORT

On August 28, 2020, Mr. Nava-Juarez surrendered his U.S. Passport to the probation office as a condition of his pretrial supervision. On June 8, 2021, Mr. Nava-Juarez was sentenced to six (6) months of probation. However, at the time of his sentencing, the Court did not provide instructions regarding Mr. Nava-Juarez's passport.

**Recommendation:**

The probation office respectfully recommends that Mr. Nava-Juarez's passport be returned to him as his case is due to expire on December 7, 2021. Mr. Nava-Juarez is in full compliance with the conditions of his supervision.

Cordially submitted,

Robert A Wyrick
U.S. Probation Officer

Approved by:

Edward R. Cameron                                      November 23, 2021
Supervisory U.S. Probation Officer                     Date